UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JANEICE LISA SYLVESTER, ET AL.**                                      **CIVIL ACTION**

**VERSUS**                                                                                       **NO. 05-5527**

**LAMBERT BOISSIERE, ET AL.**                                           **SECTION "K"(4)**

### ORDER

Intervenors'[1] Motion to Vacate the Court's Orders Dated November 22, 2005 and December 8, 2005 (Doc. 42) came for hearing before the Court on May 17, 2006. For the reasons orally assigned that day,

**IT IS ORDERED** that the Intervenors' Motion to Vacate the Court's Orders Dated November 22, 2005 and December 8, 2005 (Doc. 42) is **GRANTED** and the Orders of November 22, 2005 and December 8, 2005 shall be dissolved as of June 15, 2006.

New Orleans, Louisiana, this __18th__ day of May, 2006.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Intervenors are Home Builders Association of Greater New Orleans, Inc., the Apartment Association of Greater New Orleans, Inc. and New Orleans Metropolitan Association of Realtors, Inc, Soniat Realty, Inc. Triple Crown Investments, L.L.C., Merill Investments, L.L.C., Eric France, Superior Property Management, Inc., Latter & Blum Property Management, Inc. and Pemar Properties, L.L.C. doing business as DesignX Properties.